UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| Case No. | **CV 12-08685 DMG (JEMx)** | Date | February 11, 2013 |
|---|---|---|---|
| Title | ***Sergio Ramos v. Saxon Mortgage, et al.*** | Page | 1 of 2 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION**

Plaintiff Sergio Ramos initiated this action on October 10, 2012 by filing a Complaint against Defendants Saxon Mortgage, Inc., Ocwen Loan Servicing LLC, Western Progressive LLC, and Does 1-50 [Doc. # 1]. On January 18, 2013, the Court entered an Order granting Defendants' unopposed motions to dismiss [Doc. # 12]. The Court ordered Plaintiff to file any amended complaint by no later than February 4, 2013. As of the date of this order, no amended complaint has been filed.

In light of the foregoing, the action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**